UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SHANE SNOWFLY,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO REYES, Warden MDSP; and AARON HAYNES, Medical Director,<br><br>Defendants. | 4:24-CV-04194-RAL<br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Denying Plaintiff's Motion to Appoint Counsel and 1915A Screening Dismissing Complaint, it is

ORDERED, ADJUDGED AND DECREED that under Rules 54 and 58 of the Federal Rules of Civil Procedure judgment in part with prejudice and in part without prejudice is entered against Shane Snow Fly.

DATED May 27th, 2025.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE